1  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
2  Andrea K. Kornblau (State Bar No. 291613)
     *akk@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants,
   CITY OF BEAUMONT and DAVID
   LYNN
8

9           **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  ROBERT DUH and SHARON
    TEAGUE,
13
                  Plaintiffs,
14
        v.
15
    CITY OF BEAUMONT; DAVID
16  LYNN; and DOES 2-10, inclusive,

17              Defendants.

18

| | |
|---|---|
| Case No. 5:17-cv-00831-JGB-DTB | |
| [*District Judge, Jesus G. Bernal; Magistrate Judge David T. Bristow*] | |
| **ANSWER OF DEFENDANTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL** | |
| Complaint Filed:        04/28/2017 | |
| Trial Date:             Not Yet Set | |

19

20        Defendants CITY OF BEAUMONT and DAVID LYNN ("Defendants") hereby

21  Answer plaintiffs' First Amended Complaint on file herein (filed November 10, 2017) –

22  hereinafter referred to as the "Complaint") and defendants hereby admit, deny, and

23  allege as follows:

24        1.        Answering paragraph 1 of the Complaint, under the header "Jurisdiction

25  and Venue": Defendants admit that this Court has jurisdiction of civil actions arising

26  under the Constitution, laws, or treaties of the United States, including claims arising

27  under 28 U.S.C. §§ 1331 and 1343.  As to the remaining allegations of this paragraph,

28  at present, Defendants do not have sufficient knowledge, or information or belief, to

enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

2.     Answering paragraph 2 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that claims arising from events that occurred in the County of Riverside, California, may be brought before the venue of this Court.  As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

3.     Answering paragraph 3 of the Complaint, under the header "Introduction": Defendants admit that plaintiffs purport to bring this action as a civil rights action. Answering further, Defendants admit that plaintiffs allege the incident occurred on September 17, 2016, involving decedent Robert Duh, Jr.  Defendants deny that plaintiffs are entitled to any relief.  As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

4.     Answering paragraph 4 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegation contained within this paragraph regarding decedent Robert Duh, Jr.'s residency, and on that ground deny generally and specifically the allegation contained therein.

5.     Answering paragraph 5 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegation contained within this paragraph regarding plaintiff Robert Duh's residency, and on that ground deny generally and specifically the

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

allegation contained therein. As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

6.    Answering paragraph 6 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegation contained within this paragraph regarding plaintiff Sharon Teague's residency, and on that ground deny generally and specifically the allegation contained therein. As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

7.    Answering paragraph 7 of the Complaint, under the header "Parties": Defendants admit that the City of Beaumont is an incorporated municipality in California.  As to the remaining allegations of this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every remaining allegation contained therein.

8.    Answering paragraph 8 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegation contained within this paragraph regarding decedent Robert Duh, Jr.'s residency, and on that ground deny generally and specifically the allegation contained therein.

9.    Answering paragraph 9 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable

Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

10.     Answering paragraph 10 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

11.     Answering paragraph 11 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

12.     Answering paragraph 12 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

13.     Answering paragraph 13 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

14.     Answering paragraph 14 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

16. Answering paragraph 16 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

17. Answering paragraph 17 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

18. Answering paragraph 18 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

19. Answering paragraph 19 of the Complaint, under the header "Facts Common to All Claims for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 18, inclusive, of plaintiffs' Complaint.

20. Answering paragraph 20 of the Complaint, under the header "Facts Common to All Claims for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

1  this paragraph, as stated, and on those grounds deny generally and specifically each and
2  every allegation contained therein.

3      21.    Answering paragraph 21 of the Complaint, under the header "Facts
4  Common to All Claims for Relief":  Defendants do not have sufficient knowledge, or
5  information or belief, to enable Defendants to answer the allegations contained within
6  this paragraph, as stated, and on those grounds deny generally and specifically each and
7  every allegation contained therein.

8      22.    Answering paragraph 22 of the Complaint, under the header "Facts
9  Common to All Claims for Relief":  Defendants do not have sufficient knowledge, or
10  information or belief, to enable Defendants to answer the allegations contained within
11  this paragraph, as stated, and on those grounds deny generally and specifically each and
12  every allegation contained therein.

13      23.    Answering paragraph 23 of the Complaint, under the header "Facts
14  Common to All Claims for Relief":  Defendants do not have sufficient knowledge, or
15  information or belief, to enable Defendants to answer the allegations contained within
16  this paragraph, as stated, and on those grounds deny generally and specifically each and
17  every allegation contained therein.

18      24.    Answering paragraph 24 of the Complaint, under the header "Facts
19  Common to All Claims for Relief":  Defendants do not have sufficient knowledge, or
20  information or belief, to enable Defendants to answer the allegations contained within
21  this paragraph, as stated, and on those grounds deny generally and specifically each and
22  every allegation contained therein.

23      25.    Answering paragraph 25 of the Complaint, under the header "Facts
24  Common to All Claims for Relief":  Defendants do not have sufficient knowledge, or
25  information or belief, to enable Defendants to answer the allegations contained within
26  this paragraph, as stated, and on those grounds deny generally and specifically each and
27  every allegation contained therein.

28      26.    Answering paragraph 26 of the Complaint, under the header "Facts

Common to All Claims for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

27. Answering paragraph 27 of the Complaint, under the header "First Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 26, inclusive, of plaintiffs' Complaint.

28. Answering paragraph 28 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

29. Answering paragraph 29 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

30. Answering paragraph 30 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

31. Answering paragraph 31 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

32. Answering paragraph 32 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

33. Answering paragraph 33 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

34. Answering paragraph 34 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

35. Answering paragraph 35 of the Complaint, under the header "First Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

36. Answering paragraph 36 of the Complaint, under the header "Second Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 35, inclusive, of plaintiffs' Complaint.

37. Answering paragraph 37 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

38. Answering paragraph 38 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

39.     Answering paragraph 39 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

40.     Answering paragraph 40 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

41.     Answering paragraph 41 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

42.     Answering paragraph 42 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

43.     Answering paragraph 43 of the Complaint, under the header "Second Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

44.     Answering paragraph 44 of the Complaint, under the header "Third Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

1   contained in paragraphs 1 through 43, inclusive, of plaintiffs' Complaint.

2       45.     Answering paragraph 45 of the Complaint, under the header "Third Claim
3   for Relief": Defendants do not have sufficient knowledge, or information or belief, to
4   enable Defendants to answer the allegations contained within this paragraph, as stated,
5   and on those grounds deny generally and specifically each and every allegation
6   contained therein.

7       46.     Answering paragraph 46 of the Complaint, under the header "Third Claim
8   for Relief": Defendants do not have sufficient knowledge, or information or belief, to
9   enable Defendants to answer the allegations contained within this paragraph, as stated,
10  and on those grounds deny generally and specifically each and every allegation
11  contained therein.

12      47.     Answering paragraph 47 of the Complaint, under the header "Third Claim
13  for Relief": Defendants do not have sufficient knowledge, or information or belief, to
14  enable Defendants to answer the allegations contained within this paragraph, as stated,
15  and on those grounds deny generally and specifically each and every allegation
16  contained therein.

17      48.     Answering paragraph 48 of the Complaint, under the header "Third Claim
18  for Relief": Defendants do not have sufficient knowledge, or information or belief, to
19  enable Defendants to answer the allegations contained within this paragraph, as stated,
20  and on those grounds deny generally and specifically each and every allegation
21  contained therein.

22      49.     Answering paragraph 49 of the Complaint, under the header "Third Claim
23  for Relief": Defendants do not have sufficient knowledge, or information or belief, to
24  enable Defendants to answer the allegations contained within this paragraph, as stated,
25  and on those grounds deny generally and specifically each and every allegation
26  contained therein.

27      50.     Answering paragraph 50 of the Complaint, under the header "Third Claim
28  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

51.     Answering paragraph 51 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

52.     Answering paragraph 52 of the Complaint, under the header "Third Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

53.     Answering paragraph 53 of the Complaint, under the header "Fourth Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 52, inclusive, of plaintiffs' Complaint.

54.     Answering paragraph 54 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

55.     Answering paragraph 55 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

56.     Answering paragraph 56 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  contained therein.

2      57.     Answering paragraph 57 of the Complaint, under the header "Fourth Claim

3  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

4  enable Defendants to answer the allegations contained within this paragraph, as stated,

5  and on those grounds deny generally and specifically each and every allegation

6  contained therein.

7      58.     Answering paragraph 58 of the Complaint, under the header "Fourth Claim

8  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

9  enable Defendants to answer the allegations contained within this paragraph, as stated,

10  and on those grounds deny generally and specifically each and every allegation

11  contained therein.

12      59.     Answering paragraph 59 of the Complaint, under the header "Fourth Claim

13  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

14  enable Defendants to answer the allegations contained within this paragraph, as stated,

15  and on those grounds deny generally and specifically each and every allegation

16  contained therein.

17      60.     Answering paragraph 60 of the Complaint, under the header "Fourth Claim

18  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

19  enable Defendants to answer the allegations contained within this paragraph, as stated,

20  and on those grounds deny generally and specifically each and every allegation

21  contained therein.

22      61.     Answering paragraph 61 of the Complaint, under the header "Fourth Claim

23  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

24  enable Defendants to answer the allegations contained within this paragraph, as stated,

25  and on those grounds deny generally and specifically each and every allegation

26  contained therein.

27      62.     Answering paragraph 62 of the Complaint, under the header "Fourth Claim

28  for Relief": Defendants do not have sufficient knowledge, or information or belief, to

G:\docsdata\EPR\Duh, Robert, Jr., et al. v. City of Beaumont 2087-55707\Pleadings\Answer.02.Duh.docx          12          Case No. 5:17-cv-00831-JGB-DTB

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

63.     Answering paragraph 63 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

64.     Answering paragraph 64 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

65.     Answering paragraph 65 of the Complaint, under the header "Fourth Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

66.     Answering paragraph 66 of the Complaint, under the header "Fourth Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

67.     Answering paragraph 67 of the Complaint, under the header "Fifth Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 66, inclusive, of plaintiffs' Complaint.

68.     Answering paragraph 68 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

69.     Answering paragraph 69 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to

G:\docsdata\EPR\Duh, Robert, Jr., et al. v. City of Beaumont 2087-55707\Pleadings\Answer.02.Duh.docx     Case No. 5:17-cv-00831-JGB-DTB

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

70.     Answering paragraph 70 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

71.     Answering paragraph 71 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

72.     Answering paragraph 72 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein. Defendants deny that plaintiffs are entitled to any relief.

73.     Answering paragraph 73 of the Complaint, under the header "Fifth Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

74.     Answering paragraph 74 of the Complaint, under the header "Sixth Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 73, inclusive, of plaintiffs' Complaint.

75.     Answering paragraph 75 of the Complaint, under the header "Sixth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation

1    contained therein.

2        76.    Answering paragraph 76 of the Complaint, under the header "Sixth Claim

3    for Relief": Defendants do not have sufficient knowledge, or information or belief, to

4    enable Defendants to answer the allegations contained within this paragraph, as stated,

5    and on those grounds deny generally and specifically each and every allegation

6    contained therein.

7        77.    Answering paragraph 77 of the Complaint, under the header "Sixth Claim

8    for Relief": Defendants do not have sufficient knowledge, or information or belief, to

9    enable Defendants to answer the allegations contained within this paragraph, as stated,

10   and on those grounds deny generally and specifically each and every allegation

11   contained therein.

12       78.    Answering paragraph 78 of the Complaint, under the header "Sixth Claim

13   for Relief": Defendants do not have sufficient knowledge, or information or belief, to

14   enable Defendants to answer the allegations contained within this paragraph, as stated,

15   and on those grounds deny generally and specifically each and every allegation

16   contained therein.  Defendants deny that plaintiffs are entitled to any relief.

17       79.    Answering paragraph 79 of the Complaint, under the header "Seventh

18   Claim for Relief": Defendants repeat, reiterate and reallege all of the admissions and

19   denials contained in the foregoing Answer which are set forth to each and every

20   allegation contained in paragraphs 1 through 78, inclusive, of plaintiffs' Complaint.

21       80.    Answering paragraph 80 of the Complaint, under the header "Seventh

22   Claim for Relief": Defendants do not have sufficient knowledge, or information or

23   belief, to enable Defendants to answer the allegations contained within this paragraph,

24   as stated, and on those grounds deny generally and specifically each and every

25   allegation contained therein.

26       81.    Answering paragraph 81 of the Complaint, under the header "Seventh

27   Claim for Relief": Defendants do not have sufficient knowledge, or information or

28   belief, to enable Defendants to answer the allegations contained within this paragraph,

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

82.    Answering paragraph 82 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

83.    Answering paragraph 83 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

84.    Answering paragraph 84 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

85.    Answering paragraph 85 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

86.    Answering paragraph 86 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

87.    Answering paragraph 87 of the Complaint, under the header "Seventh

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FAC: DEMAND FOR JURY TRIAL**

Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

88. Answering paragraph 88 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

89. Answering paragraph 89 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein.

90. Answering paragraph 90 of the Complaint, under the header "Seventh Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein. Defendants deny that plaintiffs are entitled to any relief.

91. Answering paragraph 91 of the Complaint, under the header "Seventh Claim for Relief": Defendants deny that plaintiffs are entitled to any relief.

92. Answering plaintiffs' Prayer for Relief, Defendants deny all liability to plaintiffs, including, but not limited to, all liability for any damages (general, special, exemplary or otherwise), penalties, fees, or costs of any kind, or for any relief of any kind from any of the Defendants to any of the plaintiffs.

93. To the extent plaintiff(s) assert(s) any other claims or contentions not specifically addressed herein above, Defendants generally and specifically deny each and every remaining allegation and/or claim.

## AFFIRMATIVE DEFENSES

94.    As separate and affirmative defenses, defendants allege as follows[1]:

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

95.    Plaintiffs' Complaint, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

96.    Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

97.    Plaintiffs' and/or decedent's claims are time-barred by the operative statute(s) of limitations (including, but not limited to, California Code of Civil Procedure § 335.1).

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

98.    This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

99.    The Complaint is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

100.    Plaintiffs' recovery is barred for failure to timely comply with the provisions of the claims statutes, including, but not limited to California Government Code §§ 901, 905, 905.2, 911.2, 945.4, 945.6, 950.2.

101.    Plaintiffs' recovery is barred because the causes of action stated in the complaint do not correspond with the legal claims asserted in plaintiffs' written claim.

---

[1]    For purposes of the affirmative defenses, affirmative defenses that reference "plaintiffs" shall also be construed to apply, wherever feasible, to plaintiffs' decedent.

1   The Complaint thereby alleges legal bases for recovery which are not fairly reflected in
2   the written claim.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

102.   Defendants allege that plaintiffs' action is barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

103.   Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

104.   Plaintiffs' claims are barred or limited by plaintiffs' and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiffs suffered any injury or damages, it was the result of plaintiffs' and/or decedent's own negligent or deliberate actions or omissions.

105.   Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs' decedent and/or to plaintiffs was caused solely by reason of the plaintiffs' decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Others' Torts)

106.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

107.   The answering defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering defendants.  To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Discretionary Acts)

108.   There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

109.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

110.   A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied,

1   suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and

2   821.2.  Based thereon, each of the answering defendants are immune from liability for

3   any injuries claimed by plaintiffs, herein.

4        111.   Defendants are immune for any detriment resulting from any of its actions

5   or omissions at the time of the incident of which plaintiff complains pursuant to

6   Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but

7   not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8,

8   820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and

9   Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6,

10   854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

13        112.   To the extent that the Complaint attempts to predicate liability upon any

14   public entity defendants or any employees thereof for purported negligence in retention,

15   hiring, employment, training, or supervision of any public employee, such liability is

16   barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin*

17   (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of*

18   *Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any

19   plaintiffs; by the fact that any such purported act or omission is governed exclusively

20   by statute and is outside the purview of any public employees' authority; and by the

21   failure of any such acts or omissions to be the proximate or legal cause of any injury

22   alleged in the Complaint.  *See de Villers v. County of San Diego*, 156 Cal.App.4th 238,

23   251-253, 255-256 (2007).

24        113.   Defendants may not be held liable on a *respondeat superior* theory for any

25   negligent or wrongful act or omission on the part of any subordinate.  Cal. Government

26   Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356,

27   378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436

28   U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City*

1 │ *of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475

2 │ U.S. 796 (1986).

3 │ <u>**NINTH AFFIRMATIVE DEFENSE**</u>

4 │ **(Qualified Immunity & Good Faith Immunity)**

5 │      114.   Defendants and their agents or officers at all times relevant to this action

6 │ acted reasonably and prudently under the circumstances.  Defendants therefore assert

7 │ the individual defendants' Qualified Immunity from liability to the fullest extent

8 │ applicable.

9 │      115.   Defendant(s) is/are immune from liability under the Federal Civil Rights

10 │ Act because they acted in good faith with an honest and reasonable belief that their

11 │ actions were necessary and appropriate.  Defendant(s) is/are immune from liability

12 │ under the Federal Civil Rights Act because a reasonable police officer could believe

13 │ that their acts and conduct were appropriate.  Defendant(s) is/are immune from liability

14 │ under the Federal Civil Rights Act because their conduct did not violate clearly

15 │ established rights.  Defendant(s) is/are also immune from liability under the doctrine of

16 │ Qualified Immunity.

17 │      116.   At all relevant times, defendants acted within the scope of discretion, with

18 │ due care, and good faith fulfillment of responsibilities pursuant to applicable statutes,

19 │ rules and regulation, within the bounds of reason, and with the good faith belief that

20 │ their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald*

21 │ (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

22 │ <u>**TENTH AFFIRMATIVE DEFENSE**</u>

23 │ **(Assumption of Risk)**

24 │      117.   At the time and place referred to in the Complaint, and before such event,

25 │ plaintiffs' decedent knew, appreciated, and understood each and every risk involved in

26 │ placing himself in the position which plaintiff then assumed, and willingly, knowingly

27 │ and voluntarily assumed each of such risks, including, but not limited to, the risk of

28 │ suffering personal bodily injury, lawful deprivation of right(s), or death.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

## ELEVENTH AFFIRMATIVE DEFENSE

118.   Defendant(s) affirmatively pleads that it cannot be liable to Plaintiffs for exemplary damages because it at no time acted maliciously, fraudulently or with an intent to harm plaintiffs or to deprive them of any legally protected rights.

## TWELFTH AFFIRMATIVE DEFENSE

119.   Defendant(s) affirmatively pleads that, in this action, plaintiffs are precluded from seeking attorney fees under California Code of Civil Procedure section 1021.5.   Plaintiffs' complaint is not pleaded as a private attorney general action. Nowhere in plaintiffs' complaint do plaintiffs identify any important right affecting the public interest that they seek to enforce by making this action. Nowhere in plaintiffs' complaint do plaintiffs identify any significant benefit, whether pecuniary or nonpecuniary, that is to be conferred on the general public or a large class of persons, by reason of plaintiffs' making this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

120.   Defendant(s) contends that it cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiffs' complaint. Accordingly, Defendant(s) expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  **JURY DEMAND**

2     121.  Defendants demand a trial by jury as to each issue triable by jury.

3  **PRAYER FOR RELIEF**

4  WHEREFORE, the answering Defendant(s) pray as follows:

5     1.   That Plaintiff(s) take nothing by this action;

6     2.   That Defendant(s) be awarded attorneys' fees and costs of this suit and

7  costs of proof; and that Defendant(s) be awarded such other relief as the Court deems

8  just.

9

10  DATED:  December 6, 2017          **MANNING & KASS**

11                                 **ELLROD, RAMIREZ, TRESTER LLP**

12

13                        By:      /s/ Andrea K. Kornblau

14                                 Eugene P. Ramirez, Esq.

15                               Andrea K. Kornblau, Esq.

16                        Attorneys for Defendants,

17                        CITY OF BEAUMONT and DAVID
                      LYNN

18

19

20

21

22

23

24

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law